[DO NOT PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT
_____

No. 18-13349
Non-Argument Calendar
_____

D.C. Docket No. 4:18-cr-10003-JEM-2

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

CARLOS ALBERTO CASTILLO SANDOVAL,

Defendant-Appellant.
_____

Appeal from the United States District Court
for the Southern District of Florida
_____

(January 18, 2019)

Before MARCUS, WILLIAM PRYOR and JORDAN, Circuit Judges.

PER CURIAM:

Alfredo Izaguirre, appointed counsel for Carlos Sandoval in this direct

criminal appeal, has moved to withdraw from further representation of the

appellant and filed a brief pursuant to *Anders v. California*, 386 U.S. 738 (1967).

Our independent review of the entire record reveals that counsel's assessment of

the relative merit of the appeal is correct.  Because independent examination of the

entire record reveals no arguable issues of merit, counsel's motion to withdraw is

**GRANTED**, and Sandoval's conviction and sentence are **AFFIRMED**.